

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 12, 2022

**VIA EMAIL**

The Honorable Barbara Moses
United States Magistrate Judge
Southen District of New York
500 Pearl Street
New York, New York 10007

                **Re:** *United States v. Eric Lira*, 21 Mag. 12412 (UA)

Dear Judge Moses:

    On December 29, 2021, the Honorable Sarah Netburn, United States Magistrate Judge, signed the above-captioned sealed complaint and accompanying arrest warrant for the named defendant, Eric Lira. Mr. Lira was arrested yesterday evening, January 11, 2022, in the Western District of Texas in connection with that complaint and arrest warrant. The Government therefore writes to request that the Court unseal the above-captioned complaint and docket for all purposes.

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                            United States Attorney

        by:  __/s/_____
                    Andrew Adams
                    Sarah Mortazavi
                    Assistant United States Attorneys

SO ORDERED:

_____
Hon. Barbara Moses
United States Magistrate Judge